In the Matter of the General Assignment for the Benefit of Creditors of ATLAS TELEVISION Co., INC., to NATHANIEL H. MANDELKER.— THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See 248 App. Div. 853; Id. 870.] Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ABRAHAM ARONSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOHN McLAUGHLIN, as Administrator, etc., of ELLEN HUNT LANG, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. THOMAS McLAUGHLIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of HARRY J. LEVINE, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

### (November 10, 1936.)

TITLE GUARANTEE AND TRUST COMPANY v. MORTGAGE COMMISSION OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See 248 App. Div. 509.] Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

In the Matter of JOHN C. HOENNINGER, an Attorney.—Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

### (November 13, 1936.)

JOHN E. WOOD, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

JOSEPH P. McEVOY and EUGENIE McEVOY, Appellants, v. CENTRAL HANOVER BANK AND TRUST COMPANY, Trustee under a Certain Trust Agreement, Dated January 14, 1931, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; O'Malley and Dore, JJ., dissent and vote for reversal.

FRIEDA HEMPEL, Respondent, v. AUGUST HECKSCHER and WILLIAM DICKINSON HART, Appellants, Impleaded with Another.— Judgment and order unanimously affirmed, with costs to the respondent against the defendant August Heckscher. No opinion. Present — Martin, P. J., O'Malley, Townley and Dore, JJ.

J. FIELD KENNARD, Respondent, v. FREDERICK W. RITTER, as Executor, etc., of MAXWELL HALL ELLIOTT, and SOUTHPORT HOLDING CORPORATION, Appellants, Impleaded with Another.— Order, so far as appealed from, unanimously modified by sustaining the sixth defense, and as so modified affirmed, without costs, on the authority of Pollitz v. Wabash Railroad Co. (207 N. Y. 113, 131.) Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.